THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY E. ABELL, Appellant, *v.* BIRD S. COLER, as Comptroller of the City of New York, Respondent.

*People ex rel. Abell* v. *Coler,* 72 App. Div. 615, affirmed.
(Argued November 12, 1902; decided January 6, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 20, 1902, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to pay to the relator the salary of police commis-

sioner of the city of New York for the period from February 22, 1901, to March 31, 1901.

*Judson S. Landon, Abram I. Elkus* and *Carlisle J. Gleason* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* of counsel), for respondent.

Order affirmed on authority of *People ex rel. Devery* v. *Coler* (173 N. Y. 103), with disbursements, but without costs.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ. Absent: VANN, J.